# United States Court of Appeals
## For the First Circuit

No. 07-2603

JAMES H. REYELT

v.

WILLIAM B. DANZELL and LOUISE BEENKER DANZELL.

ERRATA SHEET

The opinion of this Court issued on July 14, 2008 is amended as follows:

On page 9, line 3: <u>Assocs.</u> should be changed to <u>Associates</u>